UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAIMANE JAME TEO,<br><br>Defendant. | 3:20-cr-00205 - IM<br><br>INFORMATION<br><br>18 U.S.C. § 111(a) |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about July 6, 2020, in the District of Oregon, the defendant **TAIMANE JAME TEO** did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in the performance of his official duties;

In violation of Title 18 United States Code, Section 111(a)(1), a class A misdemeanor.

Dated: July 6, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB #01636
Assistant United States Attorney