SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**CHRISTOPHER CARDANI**
Christopher.Cardani@usdoj.gov
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00205-IM |
| v. | **GOVERNMENT'S MOTION TO DISMISS INFORMATION** |
| TAIMANE JAME TEO, | |
| **Defendant.** | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and for good cause, the Government moves the Court for an order dismissing the above-referenced Information without prejudice.

Dated March 9, 2021.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney


*/s/Christoper Cardani*
CHRISTOPHER CARDANI
Assistant United States Attorney