# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00205-IM |
| v. | ORDER DISMISSING INFORMATION |
| TAIMANE JAME TEO, | |
| Defendant. | |

On motion of the Government, and pursuant to Federal Rule of Criminal Procedure 48(a), the Court hereby ORDERS the Information DISMISSED without prejudice.

DATED March  10th , 2021.

_____
HONORABLE KARIN J. IMMERGUT
United States District Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/Christoper Cardani*_____
CHRISTOPHER CARDANI
Assistant United States Attorney